THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES BRADY, Appellant, *v.* WILLIAM BROOKFIELD, Commissioner of Public Works, Respondent.

*People ex rel. Brady* v. *Brookfield,* 6 App. Div. 445, affirmed.
(Argued February 1, 1897; decided February 12, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 26, 1896, which affirmed an order of a Special Term of the Court of Common Pleas for the city and county of New York denying a motion for a peremptory writ of mandamus.

*Edmund Luis Mooney* for appellant.

*Francis M. Scott* for respondent.

Order affirmed, with costs; no opinion.
All concur, except BARTLETT and VANN, JJ., dissenting.

---

CHARLES W. BROWN, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Brown* v. *N. Y. C. & H. R. R. R. Co.,* 75 Hun, 355, appeal dismissed.
(Argued February 1, 1897; decided February 12, 1897.)

APPEAL from an order of the General Term of the Supreme Court in the fifth judicial department, entered January 27, 1894, which reversed an order of Special Term granting a preliminary injunction.

*King, Morgan & Thibaudeau* for appellant.

*Albert H. Harris* for respondent.

Appeal dismissed, with costs; no opinion.
All concur, except HAIGHT, J., not sitting.